UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

```
Priority    ✓
Send        ✓
Enter       ___
Closed      ___
JS-5/JS-6   ___
JS-2/JS-3   ___
Scan Only   ___
```

Case No.  CV00-7903-AHM(BQRx)                           Date: May 10, 2002

Title:  U.S.A. v. UPPER SAN GABRIEL VALLEY MUNICIPAL WATER DISTRICT, et al.

---

PRESENT:  THE HONORABLE A. HOWARD MATZ, U.S. DISTRICT JUDGE

Stephen Montes                Mary Tucker
Courtroom Clerk               Court Reporter

ATTORNEYS FOR PLAINTIFF:      ATTORNEYS FOR DEFENDANTS:

David Becker                  D. Wayne Leech

PROCEEDINGS:  Status Conference

    Cause called; appearances made. Court and counsel confer regarding the proposed settlement plan as it pertains to Spanish sur-name registered voters percentages/demographic characteristics. Court and counsel agree that there is no evidence of bad-faith. Court instructs counsel that at the conclusion of this action the parties are to submit a dismissal with prejudice. Court declines Government's request to set a further status conference at this time. However, the Court orders the parties to file a further joint status report re: settlement no later than June 10, 2002.

MINUTES FORM 90
CIVIL - GEN



ENTER ON ICMS
MAY 10 2002

Initials of Deputy Clerk _SMM_

