D. WAYNE LEECH, Bar No. 97676
Moseley & Leech
11001 E. Valley Mall, Ste. 200
El Monte, California 91731-2620
Telephone: (626) 443-0061/(213)686-2068
Facsimile: (626) 443-1165

ATTORNEYS FOR DEFENDANTS, UPPER SAN GABRIEL VALLEY MUNICIPAL WATER DISTRICT, ANTHONY R. FELLOW, FRANK F. FORBES, KENNETH R. MANNING, R. WILLIAM "BILL" ROBINSON & MARVIN JOE CICHY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> UPPER SAN GABRIEL VALLEY MUNICIPAL WATER DISTRICT; ANTHONY R. FELLOW (Division 1), FRANK F. FORBES (Division 2), KENNETH R. MANNING (Division 3), R. WILLIAM "BILL" ROBINSON (Division 4), MARVIN JOE CICHY (Division 5), Members of the Board of Directors for the Upper San Gabriel Valley Municipal Water District; CONNY B. McCORMACK, Los Angeles County Registrar-Recorder/County Clerk, <br><br> Defendants. | Case No. CV 00-07903-AHM (BQRx) <br><br> STIPULATION AND ORDER RE: DISMISSAL |

COMES NOW, the parties to the present action by and through their respective counsel and offer the present Stipulation and Order regarding the dismissal of the present action.

The parties, through their attorney's of record, hereby stipulate to and request the entry of an Order dismissing the present action, with prejudice.

## STIPULATION OF THE PARTIES

For the following reasons, good cause exists for the granting of the present request:

1

1.    The parties submit the present stipulation and related order pursuant to Rule 40(a) of the Federal Rules of Civil Procedure dismissing all defendants in the present action, with prejudice.

2.    Defendant Upper San Gabriel Municipal Water District has enacted a new districting plan, under which elections were held in 2002. The parties agree that the case is now moot. The Court no longer needs to retain jurisdiction on this matter.

3.    The parties stipulate to the dismissal of the present action, with prejudice.

4.    The present request is made in good faith and not for purposes of delay.

5.    Each party shall bear their own attorneys fees and costs.

DATED: June ___, 2003

                                   JOSEPH D. RICH
Chief
ROBERT A. KENGLE
Deputy Chief
DAVID J. BECKER
Trial Attorneys
Voting Section
Civil Rights Division
United States Department of Justice
P.O. Box 66128
Washington, D.C. 20035-6128
(202) 514-6346


MOSELEY & LEECH


DATED: June ___, 2002

D. WAYNE LEECH
Attorneys for Defendants UPPER SAN GABRIEL VALLEY MUNICIPAL WATER DISTRICT, ANTHONY R. FELLOW, FRANK F. FORBES, KENNETH R. MANNING, R. WILLIAM "BILL" ROBINSON & MARVIN JOE CICHY

For the following reasons, good cause exists for the granting of the present request::

1. The parties submit the present stipulation and related order pursuant to Rule 40(a) of the Federal Rules of Civil Procedure dismissing all defendants in the present action, with prejudice.

2. Defendant Upper San Gabriel Municipal Water District has enacted a new districting plan, under which elections were held in 2002. The parties agree that the case is now moot. The Court no longer needs to retain jurisdiction on this matter.

3. The parties stipulate to the dismissal of the present action, with prejudice.

4. The present request is made in good faith and not for purposes of delay.

5. Each party shall bear their own attorneys fees and costs.

DATED: June 12, 2003

JOSEPH D. RICH
Chief
ROBERT A. KENGLE
Deputy Chief
DAVID J. BECKER
Trial Attorneys
Voting Section
Civil Rights Division
United States Department of Justice
P.O. Box 66128
Washington, D.C. 20035-6128
(202) 514-6346

MOSELEY & LEECH

DATED: June 13, 2002

D. WAYNE LEECH
Attorneys for Defendants UPPER SAN GABRIEL VALLEY MUNICIPAL WATER DISTRICT, ANTHONY R. FELLOW, FRANK F. FORBES, KENNETH R. MANNING, R. WILLIAM "BILL" ROBINSON & MARVIN JOE CICHY

2

STIPULATION AND ORDER RE: DISMISSAL

## ORDER

The Parties having stipulated thereto as indicated above, and good cause existing therefore;

IT IS SO ORDERED that the case is dismissed, with prejudice, with each party to bear their own attorneys fees and costs.

DATED: JUN 1 3 2003

_____
United States District Judge

3

STIPULATION AND ORDER RE: DISMISSAL

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Elizabeth Esparza, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 11001 Valley Mall, Suite 200, El Monte, CA 91731.

On June 13, 2003, I served upon the interested party(ies) in this action the following described document(s): STIPULATION AND ORDER RE: DISMISSAL

/X/ **MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s), addressed asset forth below. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at El Monte, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

/ / **PERSONAL DELIVERY:** By delivering a true copy thereof by hand to the person or office, as indicated, at the address(es) set forth below.

/XX/ **FAX:** By transmitting a true copy thereof by telecopier to the person or office, as indicated, at the address(es) and telecopier number set forth below.

/ / **MESSENGER:** By causing a true copy thereof to be delivered via messenger service at the address(es) set forth below.

See attached service list

/XX/ **STATE** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/ / **FEDERAL** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on this 13th day of June, 2003, El Monte, California.

Elizabeth Esparza

4

STIPULATION AND ORDER RE: DISMISSAL

# SERVICE LIST

David J. Becker
Civil Rights Division
U. S. Dept. of Justice
P. O. Box 66128
Washington, D.C. 20035-6128
(202)514-6346
FAX (202)307-3961

Alejandro N. Mayorkas
Michele Marchand
United Sates Attorneys Office
312 N. Spring St.
Los Angeles, CA 90012
(213)894-2727
FAX (213)894-7819

Marguerite Mary Leoni
Nielsen, Merksamer, Parrinello, Mueller & Naylor, LLP
591 Redwood Highway, #4000
Mill Valley, CA 94941
(415)389-6800
FAX (415)388-6874

6

STIPULATION AND ORDER RE: DISMISSAL